B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **ISR Group, Incorporated**                                                                      Case No.  **14-11077**

Debtor(s)                                                                      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ADP, Inc.**<br>**6055 Primacy Parkway**<br>**Memphis, TN 38119** | **ADP, Inc.**<br>**6055 Primacy Parkway**<br>**Memphis, TN 38119** | **Trade Debt** | **Disputed** | **31,811.55** |
| **Alfred Lumpkin**<br>**2625 Smoky Road**<br>**Savannah, TN 38372** | **Alfred Lumpkin**<br>**2625 Smoky Road**<br>**Savannah, TN 38372** | **Promissory Note** | **Disputed** | **930,520.42** |
| **Alfred Lumpkin**<br>**2625 Smoky Road**<br>**Savannah, TN 38372** | **Alfred Lumpkin**<br>**2625 Smoky Road**<br>**Savannah, TN 38372** | **Wages** | **Disputed** | **39,755.78** |
| **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | | **130,166.21** |
| **Amex Auto Rental**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336** | **Amex Auto Rental**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336** | **Trade Debt** | | **27,896.95** |
| **AT&T**<br>**Attn: CFM Processing**<br>**4513 Western Avenue**<br>**Lisle, IL 60532** | **AT&T**<br>**Attn: CFM Processing**<br>**4513 Western Avenue**<br>**Lisle, IL 60532** | **Utilities** | | **21,289.48** |
| **Chris Rushing**<br>**1715 Liberty Pike**<br>**Franklin, TN 37067** | **Chris Rushing**<br>**1715 Liberty Pike**<br>**Franklin, TN 37067** | **Wages** | **Disputed** | **18,503.49** |
| **Ernesto Arreola**<br>**1780 Briarwyck Drive**<br>**Brownsville, TX 78520** | **Ernesto Arreola**<br>**1780 Briarwyck Drive**<br>**Brownsville, TX 78520** | **Wages** | **Disputed** | **16,314.10** |
| **GreatAmerica Leasing Corporation**<br>**625 First Street**<br>**Cedar Rapids, IA 52401-2030** | **GreatAmerica Leasing Corporation**<br>**625 First Street**<br>**Cedar Rapids, IA 52401-2030** | **Leased Xerox Printers and Copiers** | **Contingent Unliquidated** | **35,000.00** |
| **Hardin County Trustee**<br>**c/o Linda L. McCasland**<br>**463 Main Street, Suite 3**<br>**Savannah, TN 38372** | **Hardin County Trustee**<br>**c/o Linda L. McCasland**<br>**463 Main Street, Suite 3**<br>**Savannah, TN 38372** | **Property Taxes** | **Disputed** | **48,837.00** |
| **IPFS Corp.**<br>**P.O. Box 905849**<br>**Charlotte, NC 28290-5849** | **IPFS Corp.**<br>**P.O. Box 905849**<br>**Charlotte, NC 28290-5849** | **Trade Debt** | **Disputed** | **44,515.70** |

B4 (Official Form 4) (12/07) - Cont.

In re  **ISR Group, Inc.**          Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jake Jacobs<br>1172 Neff Circle<br>Jacksonville, FL 32212 | Jake Jacobs<br>1172 Neff Circle<br>Jacksonville, FL 32212 | Wages | Disputed | 16,755.78 |
| Jaysen Atchison<br>803 Sun Down<br>Stephenville, TX 76401 | Jaysen Atchison<br>803 Sun Down<br>Stephenville, TX 76401 | Wages | Disputed | 15,576.94 |
| John Huerta Construction<br>1438 Hwy. 349<br>Myrtle, MS 38650 | John Huerta Construction<br>1438 Hwy. 349<br>Myrtle, MS 38650 | Trade Debt | | 55,602.90 |
| JPM Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | JPM Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | | | 212,004.55 |
| Michael Maddox<br>325 Anchor Pointe<br>Savannah, TN 38372 | Michael Maddox<br>325 Anchor Pointe<br>Savannah, TN 38372 | Short Term Promissory Note | | 102,000.00 |
| Middle Tennessee State Univ.<br>1301 E. Main Street<br>Murfreesboro, TN 37130 | Middle Tennessee State Univ.<br>1301 E. Main Street<br>Murfreesboro, TN 37130 | | | 82,137.44 |
| Richards Aviation<br>P.O. Box 30079<br>Memphis, TN 38130 | Richards Aviation<br>P.O. Box 30079<br>Memphis, TN 38130 | Trade Debt | | 31,653.40 |
| TCFI IG LLC<br>200 Crescent Court, Suite 1040<br>Dallas, TX 75201 | TCFI IG LLC<br>200 Crescent Court, Suite 1040<br>Dallas, TX 75201 | 1.4 Acres, 300 Pinhook Road, Savannah, Hardin County, TN 6,193.80 Acres, 6915 Lonsome Pine Road, Savannah, Hardin County, TN 5.0 Acres, Industrial R | | 16,862,547.80<br><br>(13,763,282.76 secured) |
| Vance Gardner<br>10046 Bentwood Creek Drive<br>Collierville, TN 38017 | Vance Gardner<br>10046 Bentwood Creek Drive<br>Collierville, TN 38017 | Wages | Disputed | 25,217.33 |

B4 (Official Form 4) (12/07) - Cont.

In re  **ISR Group, Inc.**                                                                                               Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 29, 2014**                              Signature  */s/ John Stuecheli*
                                                              **John Stuecheli**
                                                              **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.